Case 5:23-cv-00102   Document 23   Filed on 07/15/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **WENDY J. GUTIERREZ ALANIZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:23-CV-00102 |
| § | |
| **PURE TRANSPORTATION, LLC,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

On June 11, 2024, Plaintiff Wendy Gutierrez Alaniz and Defendants Pure Transportation, LLC, Zori Trucking, LLC, and Tonee Shamoon-Dawoon filed a self-effectuating Joint Stipulation of Dismissal (Dkt. 22). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Stipulation, signed by counsel for all parties who have appeared, notified the Court that the case has been dismissed with prejudice. (Dkt. 22 at 1.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii), (B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE this case.

IT IS SO ORDERED.

SIGNED this July 15, 2024.

_____
Diana Saldaña
United States District Judge